**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE OLDAKER,<br><br>    Plaintiff,<br><br>VS.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; PEPPERDINE UNIVERSITY HEALTH AND WELFARE PLAN,<br><br>    Defendants.<br>_____ | CASE NO: CV 10-3153-GW(JCGx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>[Complaint filed April 27, 2010] |

    Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: January 27, 2011

_____

HONORABLE GEORGE H. WU
U.S. DISTRICT COURT JUDGE

1